**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**STEVEN M. HANCOCK,**

    Plaintiff,

v.                                                       Case No: 5:20-cv-321-Oc-18PRL

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

## ORDER

This case is before the Court on the Commissioner's motion to stay the case for ninety days, or until the Social Security Agency ("SSA") regains the capacity to produce the certified transcript of the record necessary for this case. (Doc. 13). Due to the global COVID-19 crisis, the SSA has transitioned to a maximum telework environment which prevented it from adhering to its business process for preparing the transcript of the record in many cases. Additionally, the complaints filed in SSA cases have increased, which has resulted in a backlog of work, making it difficult for the agency to process the transcripts in a timely manner.

Plaintiff has filed a response to the motion setting forth objections including that the Commissioner has been asking for stays in cases for over seven months now, which will likely cause delays in the later stages of the proceedings. (Doc. 14). This point is well taken. Plaintiff notes that he is agreeable to a 60-day extension for the Commissioner to file an answer and transcript.

- 2 -

Accordingly, the Commissioner's opposed motion to stay (Doc. 13) is GRANTED to the extent that the Commissioner shall file an answer and the transcript of the record for this case within 60 days.

**DONE** and **ORDERED** in Ocala, Florida on October 30, 2020.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties